885 A.2d 980

**Tyree FORD, a Minor, by and through his Parent and Guardian, Louise PRINGLE, Appellee,**

v.

**PHILADELPHIA HOUSING AUTHORITY, Appellant.**

**No. 61 EAP 2004.**

Supreme Court of Pennsylvania.

Argued April 12, 2005.

Decided Sept. 19, 2005.

## *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of September, 2005, the "Application of Philadelphia Housing Authority for Reconsideration and Modification of this Court's Dismissal of the Petition for Allowance of Appeal" is hereby DENIED.